# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL T. WILSON,**                :

    **Plaintiff**                CIVIL ACTION NO. 3:15-0283

    **v**

                                   :   **(JUDGE MANNION)**

**RHONDA ELLETT,** *et al.,*

    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 25) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Dated: February 16, 2016**